IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASON FRINK** <br> *Plaintiff* <br><br> v. <br><br> **STELLAR RECOVERY, INC.** <br> *Defendant* | **CIVIL ACTION** <br><br> **NO. 16-5633** |

# ORDER

**AND NOW**, this 28th day of June 2017, upon consideration of Plaintiff Jason Frink's *motion to enforce settlement and for sanctions*, [ECF 16], Defendant Stellar Recovery, Inc.'s response, [ECF 18], and the duly executed *Full and Final Release of all Claims* agreement, it is hereby **ORDERED** that Plaintiff's motion to enforce settlement is **DENIED,** as moot. Defendant, in its response, represented to this Court that the payment of the settlement amount had been made.

It is further **ORDERED** that Plaintiff's motion for sanctions is **GRANTED**. Defendant shall also pay Plaintiff an additional sum of $556.50.00 in attorney's fees and costs for the preparation of the motion to seal and motion to enforce settlement by no later than July 27, 2017.

Failure to timely comply with this Order may result in the imposition of additional sanction upon application to this Court.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*